FILED

Jul 20 2009

JUL 2 0 2009
MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America ex rel.     )
                                     )
Antonio Nicholas, IDOC #B-50451      )
                  PETITIONER

vs.

Joseph V. Mathy, Warden
                  RESPONDENT.

## 09CV4340
## JUDGE Joan H. Lefkow
## MAG. JUDGE Jeffrey Cole

)    CASE NUMBER of STATE CONVICTION
)              91-CF-16373

## PETITION FOR WRIT OF HABEAS CORPUS-PERSON IN STATE CUSTODY

**NOW COMES** the Petitioner, Antonio Nicholas, pro se, and respectfull moves this Honorable Court pursuant to 28 U.S.C. § 2254, for relief available and in support of this petition states as follows:

### PROCEDURAL HISTORY

Petitioner seeks relief from the judgement of conviction entered against him on October 25, 1993. Following a jury trial and testifying on his own behalf, petitioner was found guilty of committing two counts of first degree murder and three counts of attempted first degree murder. Subsequently the Honorable Joseph J. Urso sentenced the petitioner to two consecutive terms of sixty years for first degree murder and twenty-five years for attempt murder.

Because of his not guilty plea petitioner appealed his conviction and sentence from the Cook County court         to the Illinois Appeallate Court, First Judicial District. In that appeal five issues were raised:1) the trial court erred in refusing to instruct the jury on the offense of involuntary manslaughter; 2) the State failed to prove that the petitioner acted with the specific intent to kill; 3) the State failed to

tender the name of a witness who had provided exculpatory information; 4) the State's closing argument was improper it denied the petitioner a fair trial; and 5) the trial court abused its discreation in giving a jury instruction under People v. Prim, 53 Ill. 2d 62 (1972). The Court affirmed the petitioner's conviction and sentence on May 2, 1996. People v. Nicholas, NO. 93-4215.

The record does not indicate and the petitioner does not remember if a petition for leave to appeal was filed to the Illinois Supreme Court concerning his direct appeal.

On September 19, 2007, the petitioner filed a petition for post-conviction relief in the Circuit Court of Cook County. In that petition, petitioner cited newly discoverd evidence to substantiate the fact the he was beat by Chicago police officers into confessing to a crime that he didn't committ. Petitioner mainly based this new claim with the findings of Special State's Attorney Edward J. Egan's REPORT OF THE SPECIAL STATE'S ATTORNEY, which enumerated the fact that many citizens were subjected to police brutality at Area's Two and Three Police stations in Chicago. On November 27, 2007, the Honorable Joseph Michael Claps denied the post-conviction petition as frivolous and patently without merit. Likewise, Judge Claps denied petitioner's motion for appointment of counsel knowing that part of the Special State's Attorney's findings were on compact disk and that prisoners like the petitioner were not allowed to review such material.

-2-

After the November 27, 2007, denial of the petitioner's petition for post-conviction relief, petitioner appealed the decision to the Illinois Appeallate Court, First judicial District. In that appeal appointed counsel filed a motion to withdraw pursuant to Pennsylvania vs. Finley 481 U.S. 551. The court granted said motion and the appeal was soon dismissed.

After the denial of the above stated appeal of the petition for post-conviction relief the petitioner filed a petition for leave to appeal to the Illinois Supreme Court. The Court denied leave to appeal on March 25, 2009 in People vs. Nicholas No. 107964; they further issued that said mandate to the Appellate Court on April 29, 2009.

The petitioner hasn't filed anyother state or federal actions and nothing is currently pending in reguards to this case.

### PETITIONER'S CLAIMS

A. Ground One: PETITIONER ALLEGES THAT HE IS BEING HELD UNLAWFULLY IN VIOLATION OF THE FIFTH, SIXTH AND FOURTEENTH AMENDMENTS OF THE UNITED STATES CONSTITUTION BECAUSE: THE STATE COURT'S DENIAL OF THE CLAIM THAT: MR. NICHOLAS WAS BEAT INTO GIVING AN INVOLUNTARY CONFESSION BY POLICE, DENIED ACCESS TO AN ATTORNEY, AND DENIED DUE PROCESS UNDER LAW,-- WAS CONTRARY TO OR AN UNREASONABLE APPLICATION OF CLEARLY ESTABLISHED FEDREAL LAW AS DETERMINED BY THE UNITED STATES SUPREME COURT. ( See Exhibit a, which is a true and correct copy of the Petitioner's mittimus).

This claim has been presented to the highest state court having jurisdiction and is thus not proceedurally bared. Nor is

-3-

this claim time barred under the one-year statutory limitation for as soon as the petitioner found out about the newly discovered evidence he immediately filed a post-conviction petition in his court of conviction, where he met the statutory requirerment of citing a gist of a constitutional violation, yet the court still dismissed it as frivolous and patently without merit.

WHEREFORE, petitioner prays that this honorable Court grant the petitioner all relief to which he may be entitled in this proceeding.

June 20, 2009

/s/ _Antonio Nicholas_
Antonio Nicholas
IDOC # B-50451
700 W. Lincoln St.
Pontiac, IL 61764

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ _Antonio Nicholas_
Antonio Nicholas

-4-

EXHIBIT A

EXHIBIT A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

_Cook_ _____ DEPARTMENT _Crim Div_ _____
(County)          (Municipal)                    (Division)                    (District)

People of the State of Illinois
v.
Defendant

No. 91CR 14373

FILED OCT 25 1993 AURELIA PUCINSKI CLERK OF CIRCUIT COURT

_Antonio Nicholas_  ORDER OF SENTENCE AND COMMITMENT TO
ILLINOIS DEPARTMENT OF CORRECTIONS

The defendant having been adjudged guilty of committing the offenses enumerated below,
IT IS ORDERED that the defendant _Antonio Nicholas_
be and he is hereby sentenced to the Illinois Department of Corrections as follows

10-25-93 Honorable Judge JOSEPH J URSO Sentenced Defendant on The Verdicts and Judgment To To The Illinois Department of Corrections For A term of 60 years, For The Charge of 1st. Degree Murder And 25 yrs For Att. 1st. Degree Murder on Co, Cts. Con, Curr. Sentence. + Sentence Consecutive To The 60 Years For 1st. Degree Murder Deft To be cr'd Full Credit For Def Guilt For. Time in Cust.

| Offense | Ch. | Sec. | Par |
|---|---|---|---|
| Offense _1st. Degree Murder_ | _38_ | _9-1_ | _A(1)_ |
| Offense _Att. 1st. Degree Murder_ | _38-8-4) 38_ | | _9-1)_ |
| Offense _Att 1st Degree Murder_ | _38-84_ | _38- 9-1)_ | |
| Offense _Att 1st. Degree Murder_ | _38-84-38-_ | _9-1)_ | |

Ill. Rev. Stat.

IT IS FURTHER ORDERED that the Clerk of the Court shall deliver a copy of this order to the Sheriff of Cook County.

IT IS FURTHER ORDERED that the Sheriff of Cook County shall take the defendant into custody and deliver him to the Illinois Department of Corrections.

IT IS FURTHER ORDERED that the Illinois Department of Corrections shall take the defendant into custody and confine him in the manner provided by law until the above sentence is fulfilled.

PREPARED BY: _Johnson_
Deputy Clerk
DATED: _10-25-93_  BRANCH CT. _Crim Div_  ENTER: _____
Judge        CODE #

## INSTRUCTIONS

CLERK is requested to insert in the appropriate spaces above (1) each sentence and the conditions thereof, including the condition that the sentence shall run concurrently or consecutively, as the case may be, with other sentences imposed by the court in this case, or other sentences imposed by courts in other cases; and (2) fill in the following information:

Name and address of counsel for defendant _Public Defender's Office_
_2600 So, California Ave._

Police Individual Record No. _0896077_  Illinois Bureau Identification No. _____

CLERK OF THE CIRCUIT COURT OF COOK COUNTY

DEPARTMENT OF CORRECTIONS COPY

IN THE

UNITED STATES District Court

Northern District of Illinois Eastern Division

Antonio Nicholas B50451 )
Plaintiff/Petitioner )
)
Vs. )        No._____
)
Joseph V. Mathy, Warden )
Defendant/Respondent )

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of the Court       TO:_____
219 S. Dearborn
Chicago, Il, 60604

PLEASE TAKE NOTICE that on June 25 , 200 9 , I placed the documents listed below in the institutional mail at Pontiac Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:

Writ for Habeas Corpus / Motion for appointment of counsel along with financial statement

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: June 25, 2009        /s/ Antonio Nicholas
Name: Antonio Nicholas
IDOC No. B 50451
Pontiac Correctional Ctr.
POB 99
Pontiac, , IL 61764